# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VINCENT VON HAMILTON, #757082

    Plaintiff,

v.                                            CASE NO. 4:12-cv-536-MW/CAS

C. E. RICHARDSON, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 5). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk shall enter judgment stating, "The complaint is dismissed without prejudice." The clerk shall close the file.

SO ORDERED on January 4, 2013.

                                                    s/Mark E. Walker  
                                                    United States District Judge